

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00192-CV

**IN THE INTEREST OF S.L., J.L., G.L., G.S., A.S., AND G.S., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01014
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an appeal from a judgment terminating appellant father's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re RR*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Counsel states he has informed appellant of his right to review the record and file his own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief, we **order** that he do so on or before **June 27, 2014**. If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, appellee may file a brief in response to counsel's brief no later than twenty days after the date the pro se brief is due. We further **order** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court.

Appellant may obtain a copy of the appellate record from his appointed counsel or by filing a written request, not later than **June 12, 2014**, with the clerk of this court.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court